UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| v. ) | No. | 13 CR 515 |
| ) | Hon. | Rebecca R. Pallmeyer |
| DMITRY FIRTASH, ) | | |
| also known as, "Dmytro Firtash," ) | | |
| and "DF," and ) | | |
| ANDRAS KNOPP ) | | |

### GOVERNMENT'S UNOPPOSED MOTION TO FILE RESPONSE IN EXCESS OF FIFTEEN PAGE LIMIT

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, hereby moves (the "Motion") this Court for an order authorizing the government to exceed the fifteen page limit applicable to responses to motions. In support of this Motion, the government represents as follows:

1. On June 20, 2013, a grand jury in this district returned a five-count indictment charging defendants Dmitry Firtash, Andras Knopp and others with conspiring to participate in the affairs of an enterprise through a pattern of racketeering activity, in violation of Title 18, United States Code, Section 1962(d) (Count One); conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1965(h) (Count Two); interstate travel in aid of racketeering activity, in violation of Title 18, United States Code, Section 1952 (Counts Three and Four); and conspiring to commit an offense against the United States, namely, conspiring to violate the Foreign

Corrupt Practices Act, in violation of Title 18, United States Code, Section 371 (Count Five). R. 2.

2. The charges here are significant. Among other things, they allege the defendants engaged in a multi-year racketeering conspiracy which involved the bribery of Indian public officials in order to receive the necessary approvals for a mining project in India which was anticipated to generate $500 million in revenues a year. A substantial amount of the products to be generated from the mining activity—approximately five to twelve million pounds of titanium sponge on an annual basis—were intended for sale to a company ("Company A") headquartered in Chicago, Illinois.

3. Defendant Firtash filed a motion to dismiss the indictment in its entirety, and was given permission, without objection, to file a brief in support of his motion in excess of the fifteen page limit. Defendant Knopp also has filed a motion to dismiss the indictment in its entirety, together with his own brief, and has also joined the arguments made by Firtash in his brief.

4. Numerous arguments were raised by the defendants in support of the motions to dismiss, some of which involve matters of first impression in this Circuit. The government was bound to provide a detailed response to such arguments, which often required setting forth extensive background facts and legal principles in order to provide the Court with the appropriate context within which to assess the defendants' claims.

5. The government has filed a consolidated response to the defendants' pretrial motions that is 109 pages.

6. The government respectfully requests entry of an order authorizing the government to exceed the applicable page limit. Counsel for the defendants have no objection to the motion.

WHEREFORE, the government respectfully requests that the Court enter an order (i) granting the Motion; and (ii) granting such other and further relief as may be just and proper.

Respectfully submitted.

JOEL R. LEVIN
Acting United States Attorney

By: <u>Amarjeet S. Bhachu</u>
AMARJEET S. BHACHU
Assistant United States Attorney
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604
(312) 469-6212

## CERTIFICATE OF SERVICE

       Amarjeet S. Bhachu, an Assistant United States Attorney assigned to the instant matter, hereby certifies that the attached GOVERNMENT'S UNOPPOSED MOTION TO FILE RESPONSE IN EXCESS OF FIFTEEN PAGE LIMIT was served on July 24, 2017, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                             /s/ Amarjeet S. Bhachu 06236711
                                             AMARJEET S. BHACHU
                                             Assistant United States Attorney
                                             219 South Dearborn Street
                                             Fifth Floor
                                             Chicago, Illinois 60604