UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>    v. )<br> )<br>DMITRY FIRTASH, )<br>    also known as, "Dmytro Firtash," )<br>    and "DF," and )<br>ANDRAS KNOPP ) | No. | 13 CR 515 |
| | Hon. | Rebecca R. Pallmeyer |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, August 25, 2017, at 10:00 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or any Judge sitting in his place or stead, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois 60604, and present the GOVERNMENT'S UNOPPOSED MOTION TO FILE RESPONSE IN EXCESS OF FIFTEEN PAGE LIMIT.

Amarjeet S. Bhachu<br>
AMARJEET S. BHACHU<br>
Assistant United States Attorney<br>
219 South Dearborn Street<br>
Fifth Floor<br>
Chicago, Illinois 60604<br>
(312) 469-6212