# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 515 |
| v. ) | |
| ) | Hon. |
| DMITRY FIRTASH, ET AL. ) | |

## APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney Barry Jonas is assigned to this case.

Date: March 11, 2025

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney
Northern District of Illinois

By: */s/ Barry Jonas*
BARRY JONAS
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 886-8027