**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DMITRY FIRTASH ET AL | No. 13 CR 515 |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorneys Barry Jonas and Michael Thomas Donovan are no longer assigned to the above-captioned case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorneys.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

By:   */s/ Shawn D. McCarthy*
      SHAWN D. MCCARTHY
      Assistant United States Attorney
      219 S. Dearborn Street, Rm. 500
      Chicago, Illinois 60604
      (312) 353-8881